William J. PRATER, Petitioner-Appellant,

v.

U.S. PAROLE COMMISSION, and Thomas Keohane, Warden, Respondents-Appellees.

No. 84–1121.

United States Court of Appeals, Seventh Circuit.

Nov. 8, 1985.

Before CUMMINGS, Chief Judge, and BAUER, WOOD, CUDAHY, ESCHBACH,

**1158**

POSNER, COFFEY, FLAUM, EASTER-BROOK and RIPPLE, Circuit Judges.

### ORDER

On consideration of the petition for rehearing and suggestion for rehearing *in banc* filed in the above-entitled cause by the counsel for respondents-appellees, a vote of the active members of the court was requested, and a majority of the judges in regular active service voted to GRANT a rehearing *in banc*. Accordingly,

IT IS ORDERED that the aforesaid petition for rehearing and suggestion for rehearing *in banc* be, and the same is hereby, GRANTED.*

IT IS FURTHER ORDERED that the judgment and opinion entered in this case on June 12, 1985, 764 F.2d 1230 be, and are hereby, VACATED. This case will be reheard *in banc* at the convenience of the court.

---

* The Honorable Luther M. Swygert, Senior Circuit Judge, sitting by designation on the original panel did not participate in the suggestion for rehearing *in banc*.